# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:23-cv-50-MOC

| | |
|---|---|
| **TAMMY DANCY,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **ORDER**<br>) |
| **MARTIN J. O'MALLEY,**<br>**Commissioner of Social Security,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER** is before the Court on the parties' Stipulation. (Doc. No. 14). The parties stipulate that Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq. be resolved with an award of $7,500.00 plus $402.00 in costs. Subject to this Court's approval, the stipulated award would compensate Plaintiff for all legal services, expenses, and costs rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(a), (d).

Upon consideration of the parties' Stipulation, the Court finds that the stipulated award is reasonable. The Court hereby **APPROVES** the parties' Stipulation.

**IT IS, THEREFORE, ORDERED** that Plaintiff, Tammy Dancy, is awarded $7,500.00 in attorney's fees and expenses under EAJA and $402.00 in costs. The attorney's fee will be paid directly to Plaintiff, Tammy Dancy, and sent to the business address of Plaintiff's counsel, George Piemonte, pursuant to the assignment of fees filed in this case. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If any such debt exists, the

1

Government will reduce the attorney's fees awarded in this Order to the extent necessary to satisfy such debt(s).

Signed: March 22, 2024

Max O. Cogburn Jr
United States District Judge